AO91 (Rev. 12/03)  Criminal Complaint                                                                                   AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**  
vs.

Chen GUANGQUI  
A201 778 204  China, Peoples Republic Of

**CRIMINAL COMPLAINT**

Case Number: 1:19-po-1221

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about February 21, 2019 in Cameron County, in the Southern District Of Texas defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title 8 United States Code, Section(s) 1325(a)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on February 21, 2019. The defendant is a citizen of China, Peoples Republic Of who entered the United States illegally by rafting across the Rio Grande River near Brownsville, Texas on February 21, 2019 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/ Rodriguez, Julio M.  Border Patrol Agent  
Signature of Complainant

Rodriguez, Julio M.   Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 23, 2019                                                         at         Brownsville, Texas  
Date                                                                                      City/State

Ignacio Torteya III            U.S. Magistrate Judge  
Name of Judge                  Title of Judge                                     Signature of Judge